FILED
2019 Feb-08 PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1



**U.S. Census Bureau**

**American FactFinder**

B01001     SEX BY AGE
Universe: Total population
2013-2017 American Community Survey 5-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

|  | Pleasant Grove city, Alabama | |
|---|---|---|
|  | Estimate | Margin of Error |
| Total: | 10,224 | +/-31 |
| Male: | 4,645 | +/-406 |
| Under 5 years | 177 | +/-86 |
| 5 to 9 years | 200 | +/-121 |
| 10 to 14 years | 479 | +/-141 |
| 15 to 17 years | 255 | +/-148 |
| 18 and 19 years | 176 | +/-73 |
| 20 years | 110 | +/-90 |
| 21 years | 83 | +/-66 |
| 22 to 24 years | 86 | +/-76 |
| 25 to 29 years | 169 | +/-112 |
| 30 to 34 years | 195 | +/-125 |
| 35 to 39 years | 471 | +/-196 |
| 40 to 44 years | 303 | +/-110 |
| 45 to 49 years | 174 | +/-106 |
| 50 to 54 years | 428 | +/-135 |
| 55 to 59 years | 391 | +/-132 |
| 60 and 61 years | 149 | +/-80 |
| 62 to 64 years | 189 | +/-100 |
| 65 and 66 years | 97 | +/-67 |
| 67 to 69 years | 123 | +/-56 |
| 70 to 74 years | 193 | +/-98 |
| 75 to 79 years | 122 | +/-61 |
| 80 to 84 years | 34 | +/-26 |
| 85 years and over | 41 | +/-39 |
| Female: | 5,579 | +/-408 |
| Under 5 years | 288 | +/-137 |
| 5 to 9 years | 262 | +/-135 |
| 10 to 14 years | 650 | +/-260 |
| 15 to 17 years | 114 | +/-66 |
| 18 and 19 years | 87 | +/-60 |
| 20 years | 51 | +/-51 |
| 21 years | 109 | +/-78 |
| 22 to 24 years | 176 | +/-112 |

| | Pleasant Grove city, Alabama | |
|---|---|---|
| | Estimate | Margin of Error |
| 25 to 29 years | 230 | +/-125 |
| 30 to 34 years | 235 | +/-145 |
| 35 to 39 years | 362 | +/-117 |
| 40 to 44 years | 320 | +/-106 |
| 45 to 49 years | 442 | +/-143 |
| 50 to 54 years | 522 | +/-139 |
| 55 to 59 years | 351 | +/-131 |
| 60 and 61 years | 264 | +/-110 |
| 62 to 64 years | 189 | +/-75 |
| 65 and 66 years | 112 | +/-86 |
| 67 to 69 years | 182 | +/-82 |
| 70 to 74 years | 205 | +/-82 |
| 75 to 79 years | 126 | +/-75 |
| 80 to 84 years | 150 | +/-79 |
| 85 years and over | 152 | +/-65 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

    1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
    2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
    3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
    4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
    5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
    6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
    7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
    8. An '(X)' means that the estimate is not applicable or not available.

U.S. Census Bureau


American FactFinder

| B01001A | SEX BY AGE (WHITE ALONE) |
|---|---|
| | Universe: People who are White alone |
| | 2013-2017 American Community Survey 5-Year Estimates |

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| | Pleasant Grove city, Alabama | |
|---|---|---|
| | Estimate | Margin of Error |
| Total: | 4,475 | +/-456 |
| Male: | 2,019 | +/-300 |
|   Under 5 years | 67 | +/-53 |
|   5 to 9 years | 51 | +/-48 |
|   10 to 14 years | 99 | +/-56 |
|   15 to 17 years | 109 | +/-106 |
|   18 and 19 years | 104 | +/-56 |
|   20 to 24 years | 64 | +/-49 |
|   25 to 29 years | 121 | +/-77 |
|   30 to 34 years | 29 | +/-26 |
|   35 to 44 years | 208 | +/-120 |
|   45 to 54 years | 318 | +/-109 |
|   55 to 64 years | 343 | +/-125 |
|   65 to 74 years | 309 | +/-108 |
|   75 to 84 years | 156 | +/-64 |
|   85 years and over | 41 | +/-39 |
| Female: | 2,456 | +/-309 |
|   Under 5 years | 83 | +/-73 |
|   5 to 9 years | 68 | +/-49 |
|   10 to 14 years | 225 | +/-177 |
|   15 to 17 years | 41 | +/-46 |
|   18 and 19 years | 18 | +/-28 |
|   20 to 24 years | 159 | +/-98 |
|   25 to 29 years | 74 | +/-52 |
|   30 to 34 years | 126 | +/-101 |
|   35 to 44 years | 123 | +/-72 |
|   45 to 54 years | 467 | +/-129 |
|   55 to 64 years | 358 | +/-124 |
|   65 to 74 years | 301 | +/-98 |
|   75 to 84 years | 269 | +/-117 |
|   85 years and over | 144 | +/-59 |

01/22/2019

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for any estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

    1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
    2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
    3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
    4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
    5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
    6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
    7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
    8. An '(X)' means that the estimate is not applicable or not available.



| B01001B | SEX BY AGE (BLACK OR AFRICAN AMERICAN ALONE) |
|---|---|
| | Universe: People who are Black or African American alone |
| | 2013-2017 American Community Survey 5-Year Estimates |

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| | Pleasant Grove city, Alabama | |
|---|---|---|
| | Estimate | Margin of Error |
| Total: | 5,590 | +/-454 |
| Male: | 2,568 | +/-378 |
| Under 5 years | 102 | +/-66 |
| 5 to 9 years | 124 | +/-106 |
| 10 to 14 years | 376 | +/-144 |
| 15 to 17 years | 146 | +/-97 |
| 18 and 19 years | 72 | +/-56 |
| 20 to 24 years | 215 | +/-113 |
| 25 to 29 years | 48 | +/-72 |
| 30 to 34 years | 166 | +/-125 |
| 35 to 44 years | 555 | +/-146 |
| 45 to 54 years | 284 | +/-118 |
| 55 to 64 years | 386 | +/-111 |
| 65 to 74 years | 94 | +/-71 |
| 75 to 84 years | 0 | +/-18 |
| 85 years and over | 0 | +/-18 |
| Female: | 3,022 | +/-447 |
| Under 5 years | 205 | +/-114 |
| 5 to 9 years | 181 | +/-128 |
| 10 to 14 years | 417 | +/-198 |
| 15 to 17 years | 73 | +/-46 |
| 18 and 19 years | 69 | +/-46 |
| 20 to 24 years | 141 | +/-87 |
| 25 to 29 years | 141 | +/-112 |
| 30 to 34 years | 109 | +/-107 |
| 35 to 44 years | 541 | +/-127 |
| 45 to 54 years | 497 | +/-129 |
| 55 to 64 years | 446 | +/-120 |
| 65 to 74 years | 187 | +/-92 |
| 75 to 84 years | 7 | +/-17 |
| 85 years and over | 8 | +/-17 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for any estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

   1.  An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
   2.  An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
   3.  An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
   4.  An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
   5.  An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
   6.  An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
   7.  An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
   8.  An '(X)' means that the estimate is not applicable or not available.


American FactFinder

| DP05 | ACS DEMOGRAPHIC AND HOUSING ESTIMATES |
|---|---|
|  | 2013-2017 American Community Survey 5-Year Estimates |

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Technical Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties.

| Subject | Pleasant Grove city, Alabama | | | |
|---|---|---|---|---|
|  | Estimate | Margin of Error | Percent | Percent Margin of Error |
| SEX AND AGE |  |  |  |  |
| Total population | 10,224 | +/-31 | 10,224 | (X) |
| Male | 4,645 | +/-406 | 45.4% | +/-4.0 |
| Female | 5,579 | +/-408 | 54.6% | +/-4.0 |
| Sex ratio (males per 100 females) | 83.3 | +/-13.5 | (X) | (X) |
|  |  |  |  |  |
| Under 5 years | 465 | +/-145 | 4.5% | +/-1.4 |
| 5 to 9 years | 462 | +/-154 | 4.5% | +/-1.5 |
| 10 to 14 years | 1,129 | +/-268 | 11.0% | +/-2.6 |
| 15 to 19 years | 632 | +/-184 | 6.2% | +/-1.8 |
| 20 to 24 years | 615 | +/-198 | 6.0% | +/-1.9 |
| 25 to 34 years | 829 | +/-273 | 8.1% | +/-2.7 |
| 35 to 44 years | 1,456 | +/-240 | 14.2% | +/-2.3 |
| 45 to 54 years | 1,566 | +/-223 | 15.3% | +/-2.2 |
| 55 to 59 years | 742 | +/-218 | 7.3% | +/-2.1 |
| 60 to 64 years | 791 | +/-199 | 7.7% | +/-1.9 |
| 65 to 74 years | 912 | +/-185 | 8.9% | +/-1.8 |
| 75 to 84 years | 432 | +/-145 | 4.2% | +/-1.4 |
| 85 years and over | 193 | +/-82 | 1.9% | +/-0.8 |
|  |  |  |  |  |
| Median age (years) | 40.7 | +/-2.4 | (X) | (X) |
|  |  |  |  |  |
| Under 18 years | 2,425 | +/-296 | 23.7% | +/-2.9 |
| 16 years and over | 8,101 | +/-281 | 79.2% | +/-2.8 |
| 18 years and over | 7,799 | +/-295 | 76.3% | +/-2.9 |
| 21 years and over | 7,375 | +/-312 | 72.1% | +/-3.0 |
| 62 years and over | 1,915 | +/-257 | 18.7% | +/-2.5 |
| 65 years and over | 1,537 | +/-220 | 15.0% | +/-2.2 |
|  |  |  |  |  |
| 18 years and over | 7,799 | +/-295 | 7,799 | (X) |
| Male | 3,534 | +/-348 | 45.3% | +/-3.9 |
| Female | 4,265 | +/-323 | 54.7% | +/-3.9 |
| Sex ratio (males per 100 females) | 82.9 | +/-13.1 | (X) | (X) |

| Subject | Pleasant Grove city, Alabama | | | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Percent | Percent Margin of Error |
| 65 years and over | 1,537 | +/-220 | 1,537 | (X) |
| Male | 610 | +/-125 | 39.7% | +/-6.1 |
| Female | 927 | +/-167 | 60.3% | +/-6.1 |
| Sex ratio (males per 100 females) | 65.8 | +/-16.7 | (X) | (X) |
| | | | | |
| RACE | | | | |
| Total population | 10,224 | +/-31 | 10,224 | (X) |
| One race | 10,140 | +/-94 | 99.2% | +/-0.8 |
| Two or more races | 84 | +/-87 | 0.8% | +/-0.8 |
| | | | | |
| One race | 10,140 | +/-94 | 99.2% | +/-0.8 |
| White | 4,475 | +/-456 | 43.8% | +/-4.5 |
| Black or African American | 5,590 | +/-454 | 54.7% | +/-4.4 |
| American Indian and Alaska Native | 21 | +/-31 | 0.2% | +/-0.3 |
| Cherokee tribal grouping | 0 | +/-18 | 0.0% | +/-0.3 |
| Chippewa tribal grouping | 0 | +/-18 | 0.0% | +/-0.3 |
| Navajo tribal grouping | 0 | +/-18 | 0.0% | +/-0.3 |
| Sioux tribal grouping | 0 | +/-18 | 0.0% | +/-0.3 |
| Asian | 54 | +/-65 | 0.5% | +/-0.6 |
| Asian Indian | 0 | +/-18 | 0.0% | +/-0.3 |
| Chinese | 0 | +/-18 | 0.0% | +/-0.3 |
| Filipino | 0 | +/-18 | 0.0% | +/-0.3 |
| Japanese | 0 | +/-18 | 0.0% | +/-0.3 |
| Korean | 0 | +/-18 | 0.0% | +/-0.3 |
| Vietnamese | 0 | +/-18 | 0.0% | +/-0.3 |
| Other Asian | 54 | +/-65 | 0.5% | +/-0.6 |
| Native Hawaiian and Other Pacific Islander | 0 | +/-18 | 0.0% | +/-0.3 |
| Native Hawaiian | 0 | +/-18 | 0.0% | +/-0.3 |
| Guamanian or Chamorro | 0 | +/-18 | 0.0% | +/-0.3 |
| Samoan | 0 | +/-18 | 0.0% | +/-0.3 |
| Other Pacific Islander | 0 | +/-18 | 0.0% | +/-0.3 |
| Some other race | 0 | +/-18 | 0.0% | +/-0.3 |
| Two or more races | 84 | +/-87 | 0.8% | +/-0.8 |
| White and Black or African American | 68 | +/-82 | 0.7% | +/-0.8 |
| White and American Indian and Alaska Native | 0 | +/-18 | 0.0% | +/-0.3 |
| White and Asian | 0 | +/-18 | 0.0% | +/-0.3 |
| Black or African American and American Indian and Alaska Native | 0 | +/-18 | 0.0% | +/-0.3 |
| | | | | |
| Race alone or in combination with one or more other races | | | | |
| Total population | 10,224 | +/-31 | 10,224 | (X) |
| White | 4,543 | +/-449 | 44.4% | +/-4.4 |
| Black or African American | 5,658 | +/-459 | 55.3% | +/-4.5 |
| American Indian and Alaska Native | 21 | +/-31 | 0.2% | +/-0.3 |
| Asian | 70 | +/-77 | 0.7% | +/-0.8 |
| Native Hawaiian and Other Pacific Islander | 0 | +/-18 | 0.0% | +/-0.3 |
| Some other race | 16 | +/-25 | 0.2% | +/-0.2 |
| | | | | |
| HISPANIC OR LATINO AND RACE | | | | |
| Total population | 10,224 | +/-31 | 10,224 | (X) |
| Hispanic or Latino (of any race) | 20 | +/-29 | 0.2% | +/-0.3 |
| Mexican | 16 | +/-25 | 0.2% | +/-0.2 |
| Puerto Rican | 4 | +/-11 | 0.0% | +/-0.1 |
| Cuban | 0 | +/-18 | 0.0% | +/-0.3 |
| Other Hispanic or Latino | 0 | +/-18 | 0.0% | +/-0.3 |
| Not Hispanic or Latino | 10,204 | +/-41 | 99.8% | +/-0.3 |
| White alone | 4,475 | +/-456 | 43.8% | +/-4.5 |
| Black or African American alone | 5,590 | +/-454 | 54.7% | +/-4.4 |
| American Indian and Alaska Native alone | 21 | +/-31 | 0.2% | +/-0.3 |

| Subject | Pleasant Grove city, Alabama | | | |
|---|---|---|---|---|
| | Estimate | Margin of Error | Percent | Percent Margin of Error |
| Asian alone | 54 | +/-65 | 0.5% | +/-0.6 |
| Native Hawaiian and Other Pacific Islander alone | 0 | +/-18 | 0.0% | +/-0.3 |
| Some other race alone | 0 | +/-18 | 0.0% | +/-0.3 |
| Two or more races | 64 | +/-77 | 0.6% | +/-0.8 |
|   Two races including Some other race | 0 | +/-18 | 0.0% | +/-0.3 |
|   Two races excluding Some other race, and Three or more races | 64 | +/-77 | 0.6% | +/-0.8 |
| | | | | |
| Total housing units | 3,982 | +/-323 | (X) | (X) |
| | | | | |
| CITIZEN, VOTING AGE POPULATION | | | | |
|   Citizen, 18 and over population | 7,765 | +/-288 | 7,765 | (X) |
|     Male | 3,523 | +/-349 | 45.4% | +/-3.9 |
|     Female | 4,242 | +/-320 | 54.6% | +/-3.9 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

For more information on understanding race and Hispanic origin data, please see the Census 2010 Brief entitled, Overview of Race and Hispanic Origin: 2010, issued March 2011. (pdf format)

While the 2013-2017 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2013-2017 American Community Survey 5-Year Estimates

Explanation of Symbols:

   1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
   2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
   3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
   4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
   5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
   6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
   7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
   8. An '(X)' means that the estimate is not applicable or not available.