FILED

2019 Feb-08  PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, ERIC CALHOUN and JENNIFER FORD, | ) ) ) ) | |
| | ) | CASE NO. 2:18-cv-02056-LSC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF PLEASANT GROVE, et al., | ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATION OF BARRY STEPHENSON

I, Barry Stephenson, hereby declare and certify under penalty of perjury the following based upon my personal knowledge:

1.      I am currently the Chair of the Jefferson County (Alabama) Board of Registrars (the "Board"). In my capacity as Chair of the Board, I am responsible for maintaining an up-to-date list and tally of all registered voters in Jefferson County, including persons registered to vote in municipal elections within Jefferson County.

2.      I am authorized to certify as correct the Board's official records.

3.      The attached **Exhibit A**, entitled "Pleasant Grove At Large 1-23-2019 " is a true and accurate record of the tally of black, white, other race, and total persons residing in the City of Pleasant Grove, Alabama, and registered to

vote in municipal elections for that City as of the _23_ day of __January__,

2019.

4.      Exhibit A was generated through the use of electronic processes or

systems that produce an accurate tally of black, white, other race, and total persons

residing in the City of Pleasant Grove and registered to vote in municipal elections

for that City as of the time that the report is generated.

5.      The records contained in Exhibit A are kept in the course of the Board's

regularly conducted governmental activities, and making the records contained in

Exhibit A is a regular practice of these activities.

I declare under penalty of perjury that the foregoing statement is true and

correct. See 28 U.S.C. § 1746. Executed this _4_ day of _February_, 2019.

_____
Barry Stephenson
Chair
Jefferson County Board of Registrars

2

# EXHIBIT A

# Pleasant Grove At Large 1/23/2019

| MUNICIPALITY | BLACKS | WHITES | OTHER | TOTAL |
|---|---|---|---|---|
| CITY POLLING PLACE | | | | |
| PLEASANT GROVE | | | | |
| PLEASANT GROVE AT LARGE<br>PLEASANT GROVE FIRST BAPTIST CHURCH | 3,703 | 3,183 | 68 | 6,964 |

*These numbers are true and accurate*