

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:18-cv-02056-LSC |
| v. | ) ) | |
| CITY OF PLEASANT GROVE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**Order**

Before this Court is Defendants' Motion to Dismiss. (Doc. 14.) Plaintiff has ten (10) days from the date of this Order to respond to the Motion. Plaintiff's response shall not exceed forty (40) double-spaced pages. Defendants will thereafter have seven (7) days to file a reply, not to exceed fifteen (15) double-spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the Court will take Defendants' motion under consideration without further notice to the parties.

**DONE** and **ORDERED** on February 11, 2019.

_____
L. Scott Coogler
United States District Judge

194800