FILED
2019 Feb-20  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:18-cv-02056-LSC |
| v. | ) ) | |
| CITY OF PLEASANT GROVE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**Order**

Before this Court is Defendants' Motion to Stay. (Doc. 16.) Consistent with the Telephone Conference held on February 6, 2019, the parties are DIRECTED to comply with their Rule 26(f) obligations. Once the parties submit a Report of Parties' Planning Meeting the Court will set a Scheduling Conference. The Court will take up Defendants' Motion to Stay at that time.

**DONE** and **ORDERED** on February 20, 2019.

_____
L. Scott Coogler
United States District Judge

194800