# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PLEASANT GROVE, et al. <br><br> *Defendants*. | Civil Case No. 2:18-cv-02056-LSC |

## PLAINTIFFS' MOTION TO FILE UNDER SEAL AN EXHIBIT CONTAINING JEFFERSON COUNTY VOTER LIST

Plaintiffs the Alabama State Conference of the NAACP, Eric Calhoun, and Jennifer Ford, by and through their undersigned counsel, respectfully move the Court for an order permitting them to file under seal an exhibit in support of their forthcoming Opposition to Defendants' Motion to Dismiss (Doc. 14). The exhibit in question is an Excel spreadsheet consisting of a Jefferson County voter list containing voter history data, which includes personally identifiable information for each registered voter. To prevent these sensitive personal data identifiers from being made part of the public record, Plaintiffs respectfully request that the Court issue the proposed attached order permitting them to file under seal the exhibit containing the voter list.

1

Respectfully submitted on February 21, 2019,

/s/ John Z. Morris
Leah C. Aden*
Deuel Ross*
John Z. Morris*
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org
dross@naacpldf.org
zmorris@naacpldf.org

\*Pro Hac Vice

/s/ James U. Blacksher
James U. Blacksher
Bar No. ASB-2381-S82J
P.O. Box 636
Birmingham, AL 35201
Phone: (205) 591-7238
Fax: (866) 845-4395
jblacksher@ns.sympatico.ca

/s/ Catherine Meza
Catherine Meza*
NAACP LEGAL DEFENSE AND
 EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.or

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2019, I filed the foregoing Plaintiffs' Motion to File Under Seal electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ John Z. Morris
John Z. Morris
NAACP Legal Defense and
  Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
zmorris@naacpldf.org