# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF PLEASANT GROVE, et al. <br><br> *Defendants*. | Civil Case No. 2:18-cv-02056-LSC |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL AN EXHIBIT CONTAINING JEFFERSON COUNTY VOTER LIST

Plaintiffs' Motion to File Under Seal an Exhibit Containing Jefferson County Voter List is GRANTED.

**IT IS SO ORDERED.**

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE