FILED

2019 Mar-06  AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:18-cv-02056-LSC |
| v. | ) ) | |
| CITY OF PLEASANT GROVE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**Order**

Before this Court is Plaintiffs' Motion to Strike. (Doc. 26.) In their motion, Plaintiffs note that some of the exhibits (docs. 21-3 & 23-2) attached in support of their Response in Opposition to Defendants' Motion to Dismiss include settlement discussions between the parties. Plaintiffs' Motion to Strike (doc. 26) is GRANTED. The Court has directed the Clerk of the Court to seal these exhibits, and the Clerk has sealed them.

**DONE** and **ORDERED** on March 6, 2019.

_____
L. Scott Coogler
United States District Judge

194800