IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> CITY OF PLEASANT GROVE, *et al.*, <br><br>  Defendants. | 2:18-cv-02056-LSC |

### ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, Defendants' Motion to Dismiss (doc. 14) is GRANTED in PART and DENIED in PART. Defendants' Motion to Stay (doc. 16) and Motion to Strike (doc. 27) are TERMINATED as MOOT. Plaintiffs' claims against Defendants Jerry Brasseale, William Bullion, James Crumpton, Kenneth Hatfield, Phillip Houston, and Paula Johnson are DISMISSED WITH PREJUDICE. Plaintiffs' Fifteenth Amendment claim against Defendant Pleasant Grove is also DISMISSED. Defendant Pleasant Grove has ten (10) days from the date of this Order to answer Plaintiffs' Complaint.

**DONE** and **ORDERED** on April 2, 2019.

_____
L. Scott Coogler
United States District Judge

194800